United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PETER CARSON CLARK,<br><br>    Debtor.<br>_____<br><br>TEVOS T. THOMPSON, JR., Trustee,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVIS FINE ARTS; LA POSADA APARTMENTS; MONTE CRESTA APARTMENTS; LA PLAYA APARTMENTS; LOUISE H. CLARK, individually; LOUISE H. CLARK AND STEVE CLARK, as trustees of the Clark Family Trust; THE GROVE AT SUNRISE, LLC; CHARLES CLARK; JOHNSON CLARK & ASSOCIATES, INC.; JOHNSON & LOUISE H. CLARK PARTNERSHIP, LP; ORCHARD SQUARE APARTMENTS, LLC; STEVEN CLARK; JOHNSON CLARK, JR.; and FINE ARTS LIMITED PARTNERSHIP,<br><br>    Defendants.<br>_____/ | No. C 11-6256 CW<br><br>ORDER REFERRING MOTION FOR WITHDRAWAL OF REFERENCE TO BANKRUPTCY JUDGE FOR RECOMMENDATION<br><br>(Bankruptcy Case No. 11-4190 EJ) |

    Defendants have moved for an order withdrawing the reference of the adversary proceeding, under 28 U.S.C. § 157(d) and Bankruptcy Court Local Rule 5011-2(a), or, in the alternative, abstention by the Bankruptcy Court, under 28 U.S.C. § 1334(c)(1). Pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72 and Bankruptcy Local Rule 5011-2(b), the motion is referred to the Honorable Edward D. Jellen, United States

1 Bankruptcy Judge, or his designee, for a recommendation as to the
2 motion.
3    IT IS SO ORDERED.

Dated: 1/5/2012

CLAUDIA WILKEN
United States District Judge