United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

PETER CARSON CLARK,

    Debtor.
_____

TEVOS T. THOMPSON, JR., Trustee,

    Plaintiff,

  v.

DAVIS FINE ARTS; LA POSADA APARTMENTS; MONTE CRESTA APARTMENTS; LA PLAYA APARTMENTS; LOUISE H. CLARK, individually; LOUISE H. CLARK AND STEVE CLARK, as trustees of the Clark Family Trust; THE GROVE AT SUNRISE, LLC; CHARLES CLARK; JOHNSON CLARK & ASSOCIATES, INC.; JOHNSON & LOUISE H. CLARK PARTNERSHIP, LP; ORCHARD SQUARE APARTMENTS, LLC; STEVEN CLARK; JOHNSON CLARK, JR.; and FINE ARTS LIMITED PARTNERSHIP,

    Defendants.
_____/

No. C 11-6256 CW

ORDER REFERRING MOTION FOR WITHDRAWAL OF REFERENCE TO BANKRUPTCY JUDGE FOR RECOMMENDATION

(Bankruptcy Case No. 11-4190 EJ)

    Defendants have moved for an order withdrawing the reference of the adversary proceeding, under 28 U.S.C. § 157(d) and Bankruptcy Court Local Rule 5011-2(a), or, in the alternative, abstention by the Bankruptcy Court, under 28 U.S.C. § 1334(c)(1). Pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72 and Bankruptcy Local Rule 5011-2(b), the motion is referred to the Honorable Edward D. Jellen, United States

1  Bankruptcy Judge, or his designee, for a recommendation as to the
2  motion.
3       IT IS SO ORDERED.
4
5  Dated: 1/5/2012
                                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge