IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TEVIS T. THOMPSON, JR., Trustee, | No. C 11-06256 CW |
| Plaintiff, | ORDER DENYING DEFENDANTS' MOTION TO WITHDRAW REFERENCE |
| v. | |
| DAVIS FINE ARTS, et al., | |
| Defendants. | |

Defendants' motion to withdraw reference is denied.  The case shall proceed as recommended by Bankruptcy Judge Edward D. Jellen.

Dated: 1/31/2012

CLAUDIA WILKEN
United States District Judge