IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVIS T. THOMPSON, JR., Trustee,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVIS FINE ARTS, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-06256 CW<br><br>ORDER DENYING DEFENDANTS' MOTION TO WITHDRAW REFERENCE |

    Defendants' motion to withdraw reference is denied.  The case shall proceed as recommended by Bankruptcy Judge Edward D. Jellen.

Dated: 1/31/2012

                              CLAUDIA WILKEN
                              United States District Judge